# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHILIP HOLT**                                                        **PLAINTIFF**
**ADC #167204**

v.                      No: 4:20-cv-01130 LPR-PSH

**BILL GILKY**                                                         **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Philip Holt filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 22, 2020, while incarcerated at the Yell County jail (Doc. No. 1). Holt was subsequently granted *in forma pauperis* status (Doc. No. 4). Because his original complaint listed multiple plaintiffs and general complaints about the Yell County jail, Holt was directed to file an amended complaint describing how his

constitutional rights were violated, how Sheriff Gilky was personally involved in any alleged constitutional violations, and how Holt was injured as a result of those violations. *See* Doc. No. 4.

On November 4, 2020, Holt filed an amended complaint listing his new address at the Varner Unit of the Arkansas Division of Corrections (ADC). Doc. No. 5. Holt makes numerous allegations regarding the Yell County jail and Sheriff Bill Gilky, and seeks injunctive relief for inmates at the Yell County jail. *Id.* Specifically, he asks that inmates be afforded appropriate medical care; that they be housed in a clean and safe environment; that they be provided with due process of law, particularly with respect to the grievance procedure; that inmates be provided rehabilitation programs; that commissary proceeds be used to benefit inmates; and that inmates' rights regarding legal mail are protected. *Id.* at 14.

Because Holt only seeks injunctive relief and has since been transferred out of the Yell County jail, his claims are moot. *See generally Martin v. Sargent,* 780 F.2d 1334, 1337 (8th Cir. 1985) ("[A] prisoner's claim for injunctive relief to improve prison conditions is moot if he or she is no longer subject to those conditions."). Accordingly, the Court recommends that Holt's complaint be dismissed without prejudice.

IT IS SO RECOMMENDED this 17th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE