# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PHILIP HOLT**                                                   **PLAINTIFF**
**ADC #167204**

v.                  No: 4:20-cv-01130 LPR-PSH

**BILL GILKEY**                                                 **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Philip Holt's Amended Complaint is DISMISSED WITHOUT PREJUDICE. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE